IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| CANDACE BUSTOS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| QUALITY RESTAURANT CONCEPTS, LLC, dba APPLEBEE'S, et al. | ) |
| | ) CASE NO. 6:14-cv00013-DCR |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Rule 86.3 of the local Rules of the United States District Court for the Eastern District of Kentucky, the undersigned attorney hereby notifies the Court and all Counsel that Amanda K. Mullaney requests to withdraw as counsel because she is not admitted to practice before the Eastern District of Kentucky. This case was originally filed in state court and was later removed to this court. BUBALO GOODE SALES & BLISS PLC continues to represent the Plaintiffs through the undersigned counsel.

Respectfully submitted,

/s/ Gregory J. Bubalo
Gregory J. Bubalo
BUBALO GOODE SALES & BLISS PLC
9300 Shelbyville Road, Suite 215
Louisville, Kentucky 40222
Telephone: 502/753-1626
Facsimile: 502/753-1601
***Counsel for Plaintiffs***